**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON MISSISSIPPI DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **RICHARD KEVIN LANFORD;** | **CHAPTER 13** |
| | **CASE NO. 24-00186-JAW** |
| **Debtor.** | |

**NOTICE OF APPEARANCE**

Comes now the undersigned, and Notices his appearance as attorney of record for Renasant Bank in the above referenced matter.

/s/ Michael Lindsey
Michael Lindsey, MS Bar No. 106094
Halliday, Watkins & Mann, P.C.
244 Inverness Center Dr, Ste 200
Birmingham, AL 35242
michaell@hwmlawfirm.com
801-355-2886

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on December 26, 2025, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Torri Parker Martin
Chapter 13 Trustee
200 North Congress Street
Suite 400
Jackson, MS 39201

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Richard Kevin Lanford
147 Camden Crossing
Madison, MS 39110

/s/ Michael Lindsey