B-2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-3 DIVISION

IN RE:  RICHARD KEVIN LANFORD, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 24-00186-JAW

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, or the claim referenced in this evidence and notice.

| **Transferee** | **Transferor** |
|---|---|
| Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation | Renasant Bank |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Onity Mortgage Corporation
ATTN: Bankruptcy Department
P O Box 24605
West Palm Beach, FL 33416
Phone: (855) 689-7367
Last Four Digits of Acct #:XXXXXX9486

Court Claim # (if known): 5-1
Amount of Claim: $240,531.76
Date Claim Filed: 3/4/2024

Last Four Digits of Acct. #: 1929

Name and Address where transferee payments should be sent (if different from above):
Onity Mortgage Corporation
ATTN: SBRP
P O Box 24781
West Palm Beach, FL 33416

Phone: (800) 750-2518
Last Four Digits of Acct #:XXXXXX9486

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.

B-2100A (Form 2100A) (12/15)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Respectfully Submitted                    Date: May 11, 2026
      LOGS LEGAL GROUP LLP


      /s/ Eric C. Miller
      William Savage #105785
      Eric Miller #102327
      Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Torri Parker Martin
tpm@tpmartinch13.com


Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Richard Kevin Lanford
147 Camden Crossing
Madison, MS 39110


Dated: May 11, 2026_____

Respectfully Submitted
LOGS LEGAL GROUP LLP


/s/ Eric C. Miller
_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-00186-JAW