Official Form 410C13-M1  (12/25)

## United States Bankruptcy Court

### Southern District of Mississippi

In re **RICHARD  KEVIN LANFORD**                                    Case No.  **24-00186- JAW**

Chapter 13

## Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim

1.    The following information relates to the mortgage claim at issue:

**Name of Claim Holder:  RENASANT  BANK  C/O**                    **Court claim no.** : **5-1**
                        **ONITY MORTGAGE CORPORATION**
**Last 4 digits** of any number used to identify the debtor's account:  **9486**

**Property address:  147 CAMDEN CROSSING, MADISON, MS 39110**

2.    As of the date of this motion, the trustee has disbursed payments to cure arrearages as follows:

| | | |
|---|---|---|
| a.   Allowed amount of the prepetition arrearage, if any: | $ | 151.03 |
| b.   Total amount of the prepetition arrearage disbursed, if known: | $ | 151.03 |
| c.   Allowed amount of postpetition arrearage, if any: | $ | 0.00 |
| d.   Total amount of postpetition arrearage disbursed, if known: | $ | 0.00 |
| e.   Total amount of arrearages disbursed: | $ | 151.03 |

3.    As of the date of this motion, the trustee has disbursed payments for postpetition fees, expenses,  and charges as follows:

| | | |
|---|---|---|
| a.   Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: | $ | 350.00 |
| b.   Amount of postpetition fees, expenses, and charges disbursed: | $ | 350.00 |

4.   As of the date of this motion, the trustee has made the following payments on the postpetition obligations:                                                                                    $          0.00

5.   If needed, add other information relevant to the motion.
     **Ongoing mortgage is being paid direct.**

6.   I ask the court for an order under Rule 3002.1(f)(3) determining the status of the mortgage claim addressed by this motion and whether the payments required by the plan to be made as of the date of this motion have been made.

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M1R.

Signed: /s/ Torri Parker Martin                              Date: 5/19/2026

Address: 200 North Congress Street
         Suite 400
         Jackson,  MS   392011

Contact phone: (601) 981-9100          Email: tpm@tpmartinch13.com

Official Form 410C13-M1                    Motion to Determine Final Cure and Payment

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

In Re:                                                                                           CASE NO: 24-00186- JAW

RICHARD KEVIN LANFORD

Certificate of Service

The undersigned hereby certifies that on this date a copy of Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim was served via first class mail postage prepaid, or by electronic notice,to: Abigail Marbury, Asst U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201 and:

| | |
|---|---|
| THOMAS CARL ROLLINS, JR. | DEAN MORRIS, LLC |
| trollins@therollinsfirm.com | 1820 AVENUE OF AMERICA, MONROE, LA 71201 |
| RICHARD KEVIN LANFORD | MCCALLA RAYMER LEIBERT PIERCE, LLP |
| 147 CAMDEN CROSSING, MADISON, MS 39110 | 1544 OLD ALABAMA ROAD, ROSWELL, GA 30076 |
| ONITY MORTGAGE CORPORATION | LOGS LEGAL GROUP LLP |
| PO BOX 24605 WEST PALM BEACH, FL  33416 | 579 LAKELAND DRIVE, SUITE D, FLOWOOD, MS 39232 |
| ONITY MORTGAGE CORPORATION | |
| ATTN: SBRP, PO BOX 24781, WEST PALM BEACH, FL 33416 | |

Dated:   05/19/2026                                              /s/ Torri Parker Martin

                                                                          Chapter 13 Trustee