Official Form 410C13-M1R (12/25)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISION**

IN RE:  RICHARD KEVIN LANFORD, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 24-00186-JAW

**Response to Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim**

Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation (claim holder) states as follows:

1.  The following information relates to the mortgage claim at issue:

**Name of Claim Holder: Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation Court claim no**. (if known): 5

**Last 4 digits** of any number used to identify the debtor's account: 9486

**Property address:** 147 Camden Crossing

Madison, MS 39110

| City | State | ZIP Code |

2.  Arrearages

The total amount received to cure any arrearages as of the date of this response is

$151.03

Check all that apply:

☒   As of the date of this response, the debtor has paid in full the amount required to cure any arrearage on this mortgage claim.

☐   As of the date of this response, the debtor has not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is:

$0.00

☐   As of the date of this response, the debtor has not paid in full the amount required to cure any postpetition arrearage on the mortgage claim. The total

postpetition arrearage amount remaining unpaid on the date of this response is:

$0.00

3.  Postpetition Payments

(a) Check all that apply:

- ☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

- ☐ The debtor is not current on all postpetition payments. The debtor is obligated for the postpetition payment(s) that first became due on:

- ☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05/22/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 07/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,722.67 |
| iv. | Unpaid principal balance of the loan: | $226,165.88 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $3,493.70 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | ($195.78) |
| vii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

4.  Itemized Payment History

Include if applicable:

Because the claim holder asserts that the arrearages have not been paid in full or states that the debtor is not current on all postpetition payments or that fees, charges,

expenses, escrow, and costs are due and owing, the claim holder attaches an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

/s/ Eric C. Miller                                          Date June 2, 2026
Signature

Print     William Savage #105785                    Title:  Attorney
          Eric Miller #102327
                              Name

Company: LOGS Legal Group LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address:          ATTN: Bankruptcy Department, P O Box 24605
                  Number                    Street
                  West Palm Beach, FL 33416
                  City                       State          ZIP Code

Contact phone:    (855)-689-7367   Email BKTrusteeQueries@onitygroup.com

The person completing this response must sign it.  Check the appropriate box:

☐ I am the claim holder.
☒ I am the claim holder's authorized agent.

Official Form 410C13-M1R     Response to Motion to Determine the Status of the Mortgage Claim

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Torri Parker Martin
tpm@tpmartinch13.com


Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Richard Kevin Lanford
147 Camden Crossing
Madison, MS 39110


Dated: June 3, 2026_____

Respectfully Submitted
LOGS LEGAL GROUP LLP


 /s/ Eric C. Miller _____
William Savage #105785
Eric Miller #102327
Attorney for Creditor


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-00186-JAW