| Description | Amount |
|---|---|
| PRINCIPAL BALANCE | $ 226,165.88 |
| DEFERRED BALANCE | $ – |
| INTEREST 05/29/26 | $ – |
| PRO RATA MIP/PMI | $ 159.44 |
| ESCROW ADVANCE | $ – |
| ESCROW BALANCE | $ (3,493.70) |
| SUSPENSE BALANCE - TRUSTEE | $ – |
| SUSPENSE BALANCE - DEBTOR | $ (195.78) |
| SUSPENSE BALANCE - PP PAYMENT | $ – |
| HUD BALANCE | $ – |
| REPLACEMENT RESERVE | $ – |
| RESTRICTED ESCROW | $ – |
| ACCUM LATE CHARGES | $ – |
| ACCUM NSF CHARGES | $ – |
| OTHER FEES DUE | $ – |
| PENALTY INTEREST | $ – |
| FLAT/OTHER PENALTY FEE | $ – |
| CR LIFE/ORIG FEE RBATE | $ – |
| RECOVERABLE BALANCE | $ – |
| **Total** | $222,635.84 |