MSSB-7007.1-Bk (11/23)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISION**

IN RE:  RICHARD KEVIN LANFORD, DEBTOR                    CHAPTER 13 PROCEEDING
                                                                                        CASE NO. 24-00186-JAW

**CORPORATE OWNERSHIP STATEMENT**

        Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local
Rules,  Onity Mortgage Corporation f/k/a PHH Mortgage Corporation, a
                        [Name of Corporate Party]

**[Check One]**

        ☒ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

        ☐ Corporate Debtor **FRBP 1007(a)(1)**

        ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

        ☐ Alleged Corporate Debtor **FRBP 1011(f)**

Make the following disclosure(s):

    ☒    The following entities owning, directly or indirectly, 10% or more of any class of the
         corporation's (s') equity interests, are listed below:

         PHH Mortgage Corporation, a New Jersey corporation, is a wholly owned subsidiary of
         and owned 100% by PHH Corporation, a Maryland corporation.

           PHH Corporation, a Maryland corporation, is owned 100% by Onity Group, Inc,
         which is a publicly traded company.

         No publicly held company owns 10% or more of Onity Group, Inc stock."

    **OR**

    ☐    There are no entities owning, directly or indirectly, 10% or more of any class of the
         corporation's equity interest.

Date: June 5, 2026___          /s/ Eric C. Miller_____
                               Attorney Signature

                               Eric Miller_____          102327_____
                               Attorney Name                        State Bar Number

                               579 Lakeland East Drive, Suite D
                               Address
                               Flowood, MS 39232_____
                               City, State, and Zip Code

<u>(601) 981-9299</u>                    <u>logsecf@logs.com</u>
Telephone Number                          Email Address

**Pursuant to Miss. Bankr. L.R.** 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.