B-2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISION

IN RE:  RICHARD KEVIN LANFORD, DEBTOR      CHAPTER 13 PROCEEDING

CASE NO. 24-00186-JAW

### AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, or the claim referenced in this evidence and notice.

| **Transferee** | **Transferor** |
|---|---|
| Onity Mortgage Corporation f/k/a PHH Mortgage Corporation | Renasant Bank |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 5-1 |
| Onity Mortgage Corporation | Amount of Claim: $240,531.76 |
| ATTN: Bankruptcy Department | Date Claim Filed: 3/4/2024 |
| P O Box 24605 | |
| West Palm Beach, FL 33416 | |
| Phone: (855) 689-7367 | Last Four Digits of Acct. #: 1929 |
| Last Four Digits of Acct #:XXXXXX9486 | |

Name and Address where transferee payments
should be sent (if different from above):
Onity Mortgage Corporation
ATTN: SBRP
P O Box 24781
West Palm Beach, FL 33416

Phone: (800) 750-2518
Last Four Digits of Acct #:XXXXXX9486

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.

B-2100A (Form 2100A) (12/15)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Respectfully Submitted                                    Date:   __June 4, 2026_____
      LOGS LEGAL GROUP LLP


      _/s/ Eric C. Miller_____
      William Savage #105785
      Eric Miller #102327
      Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Torri Parker Martin
tpm@tpmartinch13.com


Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Richard Kevin Lanford
147 Camden Crossing
Madison, MS 39110


Dated: _June 5, 2026_____

      Respectfully Submitted
      LOGS LEGAL GROUP LLP


      _/s/ Eric C. Miller_____
      William Savage #105785
      Eric Miller #102327
      Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 24-00186-JAW