United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                Case No. 24-00186-JAW

Richard Kevin Lanford                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 05, 2026 | Form ID: hn001jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

**Recip ID**    **Recipient Name and Address**
db    +  Richard Kevin Lanford, 147 Camden Crossing, Madison, MS 39110-4115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Eric C Miller
    on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation logsecf@logs.com

Eric C Miller
    on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation logsecf@logs.com

Karen A. Maxcy
    on behalf of Creditor Renasant Bank karen.maxcy@mccalla.com
    BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Kimberly D. Putnam
    on behalf of Creditor Renasant Bank kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com

Michael Lindsey
    on behalf of Creditor Renasant Bank michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Richard Kevin Lanford trollins@therollinsfirm.com

District/off: 0538-3                    User: mssbad                         Page 2 of 2
Date Rcvd: Jun 05, 2026                 Form ID: hn001jaw                     Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

Torri Parker Martin

on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 9

Form hn001jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Richard Kevin Lanford**

        **DEBTOR.**

**CASE NO. 24−00186−JAW**

**CHAPTER 13**

### NOTICE OF HEARING

    The Trustee has filed a Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim (the "Motion") (Dkt. #54) with the Court in the above−styled case.

    <u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") July 13, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and the Response filed by Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation (Dkt. #55).

    If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

    Dated: 6/5/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Richard Kevin Lanford, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

Eric C. Miller, Esq., Counsel for the Respondent