United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 24-00186-JAW

Richard Kevin Lanford                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: n001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Kevin Lanford, 147 Camden Crossing, Madison, MS 39110-4115 |
| cr | + | Onity Mortgage Corporation f/k/a PHH Mortgage Corp, Onity Mortgage Corporation, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Renasant Bank c/o Onity Mortgage Corporation, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 08 2026 20:49:00 | Renasant Bank, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | |
| | on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation logsecf@logs.com |
| Eric C Miller | |
| | on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation logsecf@logs.com |
| Karen A. Maxcy | |
| | on behalf of Creditor Renasant Bank karen.maxcy@mccalla.com |

District/off: 0538-3                          User: mssbad                              Page 2 of 2
Date Rcvd: Jun 08, 2026                       Form ID: n001                             Total Noticed: 4

BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Kimberly D. Putnam
                     on behalf of Creditor Renasant Bank kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com

Michael Lindsey
                     on behalf of Creditor Renasant Bank michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr
                     on behalf of Debtor Richard Kevin Lanford trollins@therollinsfirm.com
                     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                     on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

Torri Parker Martin
                     tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                     USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 9

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Richard Kevin Lanford

**Case No.:**24−00186−JAW

**Chapter** 13

**To:**  Assignee/Transferee

Onity Mortgage Corporation f/k/a PHH Mortgage
Corporation c/o Onity Mortgage Corp.
ATTN: Bankruptcy Department
P O Box 24605
West Palm Beach, FL 3341

**To:**  Assignor/Transferor

Renasant Bank c/o Onity Mortgage Corporation
Attn: Bankruptcy Department
P O Box 24605
West Palm Beach FL 33416

Renasant Bank
Cenlar FSB, Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618

## Notice of Assignment/Transfer of Claim

   **Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Renasant Bank has assigned/transferred its claim in the amount of $240,531.76 to Onity Mortgage Corporation f/k/a PHH Mortgage Corporation.

   **Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **June 29, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

   **Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: June 8, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600