_____



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 14, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                   **CHAPTER 13:**

**RICHARD KEVIN LANFORD**                              **CASE NO. 24-00186-JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim for Renasant Bank c/o Onity Mortgage Corporation (the "Motion) (Docket #54) and the Response for Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation (the "Creditor") (Docket #55). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby granted in part.

**IT IS THEREFORE ORDERED** that the Trustee has disbursed the following payments to cure arrearages:

[CONTINUED ON THE NEXT PAGE]

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 05/2024 | 08/2024 | $151.03 |
| Prepetition arrearage disbursed amount | 05/2024 | 08/2024 | $151.03 |
| (1) Postpetition Fees, Expenses, and Charges noticed under Rule 3002.1(c) filed 06/11/2024 (Docket #42) | 06/2024 | 08/2024 | $350.00 |
| Postpetition Fees, Expenses, and Charges noticed under Rule 3002.1(c) disbursed | 06/2024 | 08/2024 | $350.00 |
| Postpetition obligation disbursement: (paid directly to Creditor per the confirmed plan (Docket #39)). | N/A | N/A | N/A |

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
*Debtor's Attorney*
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

**AGREED BY:**

/s/ Eric C. Miller
Eric C. Miller, MSB#102327
William Savage, #105785
Wilkin Hensarling, #106551
*Creditor Attorney(s)*
LOGS LEGAL GROUP, LLP
1080River Oaks Drive, Suite B-202
Flowood, MS 39232
Office: 601-981-9299
Email: logsecf@logs.com