United States Bankruptcy Court

Southern District of Mississippi

In re:

Richard Kevin Lanford

     Debtor

Case No. 24-00186-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 14, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Richard Kevin Lanford, 147 Camden Crossing, Madison, MS 39110-4115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Eric C Miller
    on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation logsecf@logs.com

Eric C Miller
    on behalf of Creditor Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation logsecf@logs.com

Karen A. Maxcy
    on behalf of Creditor Renasant Bank karen.maxcy@mccalla.com
    BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Kimberly D. Putnam
    on behalf of Creditor Renasant Bank kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com

Michael Lindsey
    on behalf of Creditor Renasant Bank michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Richard Kevin Lanford trollins@therollinsfirm.com

District/off: 0538-3          User: mssbad          Page 2 of 2

Date Rcvd: Jul 14, 2026          Form ID: pdf012          Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

Torri Parker Martin

on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                              CHAPTER 13:

RICHARD KEVIN LANFORD                          CASE NO. 24-00186-JAW

**AGREED ORDER**

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim for Renasant Bank c/o Onity Mortgage Corporation (the "Motion) (Docket #54) and the Response for  Renasant Bank c/o Onity Mortgage Corporation f/k/a PHH Mortgage Corporation (the "Creditor") (Docket #55). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby granted in part.

**IT IS THEREFORE ORDERED** that the Trustee has disbursed the following payments to cure arrearages:

[CONTINUED ON THE NEXT PAGE]

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 05/2024 | 08/2024 | $151.03 |
| Prepetition arrearage disbursed amount | 05/2024 | 08/2024 | $151.03 |
| (1) Postpetition Fees, Expenses, and Charges noticed under Rule 3002.1(c) filed 06/11/2024 (Docket #42) | 06/2024 | 08/2024 | $350.00 |
| Postpetition Fees, Expenses, and Charges noticed under Rule 3002.1(c) disbursed | 06/2024 | 08/2024 | $350.00 |
| Postpetition obligation disbursement: (paid directly to Creditor per the confirmed plan (Docket #39)). | N/A | N/A | N/A |

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
*Debtor's Attorney*
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

**AGREED BY:**

/s/ Eric C. Miller
Eric C. Miller, MSB#102327
William Savage, #105785
Wilkin Hensarling, #106551
*Creditor Attorney(s)*
LOGS LEGAL GROUP, LLP
1080River Oaks Drive, Suite B-202
Flowood, MS 39232
Office: 601-981-9299
Email: logsecf@logs.com